**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:03CR27** |
| | ) | |
| **vs.** | ) | **ORDER TO DESTROY EVIDENCE** |
| | ) | |
| **10)BENNIE MARSON TEESATESKIE** | ) | |

       **THIS MATTER** is before the Court on the Government's motion for destruction of evidence seized herein.

       For the reasons stated in the motion and for cause shown, the Court finds that the firearm, Taurus 9MM model PT-111, S/N TVE89383, now in the possession of the Federal Bureau of Investigation, should be destroyed in accordance with the usual procedure for the destruction of such evidence.

       **IT IS, THEREFORE, ORDERED** that the Government's motion to destroy evidence is hereby **GRANTED**, and the firearm Taurus 9MM model PT-111, S/N TVE89383 shall be destroyed in accordance with the usual procedures for the destruction of such evidence.

       Signed: August 4, 2009

Lacy H. Thornburg
United States District Judge